UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| WELLS FARGO TRUST COMPANY, N.A., as Trustee of the GROUND LEASE TRUST – 2018C,<br><br>Plaintiff,<br><br>v.<br><br>TERRA FUNDING-ADVANTA, LLC, a Delaware limited liability company,<br><br>Defendant. | Case No. 2:26-cv-02524-JHC<br><br>**ORDER REMANDING CASE TO KING COUNTY SUPERIOR COURT** |

This matter comes before the Court on Plaintiff's Motion to Remand. Dkt. #23. The Court has considered the materials filed in support of and in opposition to the motion, the rest of the file, and the governing law. Being fully advised, for the reasons presented by Plaintiff—particularly its reading of the *Demarest* opinion—the Court concludes that it lacks subject matter jurisdiction and diversity jurisdiction over the claims in this action. Thus, the Court GRANTS the motion and REMANDS this matter to King County Superior Court. The Court DIRECTS the Clerk to strike as moot the motions at Dkt. ## 14 & 31, and to forward copies of this Order to counsel of record and to the King County Superior Court Clerk.

//
//
//

DATED this 21st day of October, 2026.

John H. Chun
United States District Judge